UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>VS.<br><br>KEVIN WHITE<br><br>Defendant(s), | 2:07-CR-091-ECR-PAL |

**ORDER FOR DESTRUCTION OF EXHIBITS**

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: 10-15-10

Edward C. Reed,
U.S. DISTRICT JUDGE

```
✓ FILED          ____ RECEIVED
____ ENTERED     ____ SERVED ON
       COUNSEL/PARTIES OF RECORD

       OCT 1 5 2010

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```