UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No. 2:07-cr-00091-ECR-PAL |
|---|---|---|
| Plaintiff, | ) ) ) ) | ORDER |
| vs. | ) ) | |
| KEVIN WHITE, | ) ) | |
| Defendant. | ) ) | |

    Brenda Weksler, Assistant Federal Public Defender, has filed a motion (#49) to withdraw as counsel for Defendant.  Ms. Weksler's motion (#49) is granted to the extent she is permitted to withdraw as counsel for Defendant.

    IT IS FURTHER ORDERED that C.J.A. Attorney Todd Leventhal, 600 S. Third Street, Las Vegas, Nevada 89101, is appointed to represent Defendant with regard to his pro se motion (#45) seeking discretionary relief pursuant to 18 U.S.C. § 3582(c)(2).

    Within 21 days of entry of this order, the attorney, Mr. Leventhal, shall file any appropriate supplement to the pro se motion filed by Defendant.  If such supplemental pleading is filed, the United States Attorney shall serve any response within 14 days thereafter.  The United States Attorney may give notice at that time that he elects to rely on the prematurely filed opposition (#50) to the

1  pro se motion which was filed on October 27, 2011, or may elect to respond in
2  any other appropriate manner.  Any reply in support of the motion shall be due 7
3  days after the Government's response is deemed filed.
4       If attorney Leventhal, after considering the proceedings and the pro se
5  motion, concludes the motion is without merit his supplemental pleading may so
6  indicate; and explain why; but if there is any substantial merit in the motion, the
7  attorney shall file appropriate points and authorities.
8       A copy of this Order shall be provided to the Defendant at Kevin White,
9  #41397-050, Federal Correctional Complex Victorville, P.O. Box 5300,
10 Adelanto, CA 92301.
11      Dated this 1st day of November 2011.

*[signature: Edward C. Reed]*
EDWARD C. REED, JR.
United States District Judge